## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **STACIA CLARK,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-00098 |
| **CAPITAL ONE, N.A.,** | ) |
| Defendant. | ) |

### NOTICE OF RESOLUTION

COMES NOW Plaintiff Stacia Clark, by and through her undersigned counsel, and with the consent of Defendant Capital One, N.A., hereby notifies this Court that the parties have resolved the above-captioned matter. Plaintiff respectfully requests that the Court continue this matter for 60 days to allow the parties time to complete the resolution.

Respectfully Submitted,

BRODY & CORNWELL

/s/ Bryan E. Brody
_____
Bryan E. Brody, #57580MO
1 North Taylor Ave.
St. Louis, Missouri 63108
Phone: (314) 932-1068
Fax: (314) 228-0338
BBrody@BrodyandCornwell.com
*Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      The undersigned attests that, on April 28, 2023, the foregoing document was served by operation of the Court's electronic filing system on all counsel of record.

                                      /s/ Bryan E. Brody
                                      _____