**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| STACIA CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CV-98 JAR |
| | ) | |
| CAPITAL ONE, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Voluntary Dismissal [Doc. No. 19]. Plaintiff Stacia Clark and Defendant Capital One, N.A., have settled all claims in this case and agreed to dismiss this matter with prejudice with each party to bear its own costs and fees. This matter will be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice**, with each party to bear its own costs and fees.

Dated this 1st day of June, 2023.

_John A. Ross_
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE